I. H. HAMMERMAN, II, Trustee of Panitz & Co., Inc., F. G. Enterprises, Inc., Joppa Farms, Inc., and P. & R. Service and Supply, Inc., Debtors, Appellant,

v.

ARLINGTON FEDERAL SAVINGS & LOAN ASSOCIATION, Appellee.

No. 11663.

United States Court of Appeals Fourth Circuit.

Argued Nov. 6, 1967.

Decided Nov. 10, 1967.

Fenton L. Martin, Baltimore, Md. (Frederick J. Singley, Jr., and Hinkley & Singley, Baltimore, Md., on brief), for appellant.

\* Sitting by designation.

David F. Albright, Baltimore, Md. (Bradley T. J. Mettee, Jr., and Semmes, Bowen & Semmes, Baltimore, Md., on brief), for appellee.

Before HAYNSWORTH, Chief Judge, MARVIN JONES,\* Senior Judge, and BUTZNER, Circuit Judge.

PER CURIAM:

While we think the District Court had jurisdiction to inquire into the matter, particularly to determine the bona fides of the partnership in which the bankrupt was a limited partner, we agree, for the reasons stated in the opinion of the District Court, filed on July 6, 1967,[1] that the bankrupt's interest as a limited partner gave the bankruptcy court no power to administer real estate owned by the partnership or to enjoin its sale under foreclosure by the mortgagee.

Affirmed.

1. In re Panitz & Co., D.Md., 270 F.Supp. 448.